IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:12-00225 Chief Judge Haynes |
| AKEEM KEELEY, | ) ) | |
| Defendant. | ) ) | |

## O R D E R

The sentencing hearing is set in this action for **Monday, June 10, 2013 at 2:00 p.m.** By **Friday, May 31, 2013** counsel shall submit their memoranda, response and/or reply as well as the number of witnesses to be called and the expected length of the hearing by. Failure to comply with this deadline may result in the resetting of the sentencing hearing. Counsel shall be prepared to discuss any forfeiture issues.

It is so **ORDERED**.

ENTERED this the ___22nd___ day of March, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court